| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Timothy L. McCandless, SBN #147715<br><br>15647 Village Dr<br>Victorville, CA 92392<br><br>(760) 912-3837<br><br>*Attorney for* RODRIGO GARCIA | FILED<br>2009 AUG 10 AM 11:48<br>U.S. BANKRUPTCY COURT<br>NORTHERN DIST. OF CA.<br>OAKLAND, CA. |
| **UNITED STATES BANKRUPTCY COURT**<br>NORTHERN **DISTRICT OF CALIFORNIA** | |
| In re: RODRIGO GARCIA<br><br>Debtor. | |
| Plaintiff(s),<br><br>vs.<br><br>Defendant(s). | CHAPTER 13<br><br>CASE NUMBER 09-46326<br><br>☐ ADVERSARY NUMBER (If Applicable) |

# SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   RODRIGO GARCIA

2. The name, address and telephone number of the New Attorney are *(specify)*:
   TIMOTHY L. MCCANDLESS 760/912-3837
   15647 Village Dr, Victorville, CA 92392

3. New Attorney hereby appears in the following matters: ☒ The case ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: RODRIGO GARCIA

Dated: 08/10/2009

RODRIGO GARCIA
*Type Name of Party*

[signature]
*Signature of Party*

I consent to the above substitution.

Dated: 08/10/2009

RODRIGO GARCIA
*Type Name of Present Attorney*

[signature]
*Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 08/10/2009

TIMOTHY L. MCCANDLESS
*Type Name of New Attorney*

[signature]
*Signature of New Attorney*

| | |
|---|---|
| In re RODRIGO GARCIA<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 09-46326 |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2090-1(f)(5) regarding the requirements and procedures for making an application to employ an attorney.

---

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF CONTRA COSTA

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

5093 Sandmound Blvd.
Oakley, CA 94561

On August 10, 2009, I served the foregoing document described as: SUBSTITUTION OF ATTORNEY on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at BRENTWOOD, California, addressed as follows:

SEE ATTACHED MAILING MATRIX.

☒ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 10, 2009

DELIA AGUILAR
*Type Name*

*Signature* [signature]

Judge Edward D. Jellen
PO Box 2070
Oakland, CA 94604-2070

UNITED STATES TRUSTEE OFFICE
235 PINE STREET, SUITE 700
SAN FRANCISCO, CA 94104

US Trustee Northern District Chapter 13
Martha G. Bronitsky
PO Box 5004
Hayward, CA 94540

Law Office of Timothy L. McCandless
15647 Village Dr
Victorville, CA 92392

AMERICAN HOME MTG SERVICING
4600 REGENT BLVD STE 200
Irving, TX 75063

BESTBUY
PO BOX 15524
Wilmington, DE 19850

MECHANIC BANK
725 ALFRED NOBEL DR
Hercules, CA 94547

WELLS FARGO
POB 5445
Portland, OR 97228

WELLS FARGO BANK
POB 60510
Los Angeles, CA 90060